UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON MICHEL,

        Plaintiff,

    v.

J. BARROSO, et al.,

        Defendants.

Case No. 23-cv-06626-NW

**ORDER ACKNOWLEDGING STIPULATED VOLUNTARY DISMISSAL**

Re: ECF Nos. 31, 35

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint request for dismissal of the entire action with prejudice. Fed. R. Civ. Pro. 41(a). Each party will bear its own costs and attorney's fees. The Clerk shall terminate pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: February 20, 2026

Noël Wise
United States District Judge